IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| EDDIE L. MASH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 5:13-cv-00139-RLV |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

The Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the cause for further administrative proceedings.

On remand, the administrative law judge (ALJ) will reevaluate the examining and non-examining source opinions of Richard H. Cyr-McMillon, Ph.D., April L. Strobel-Nuss, Ph.D., and Harry Padgett, Ed.D. and Nancy Sizemore, M.A. The ALJ will also reevaluate the claimant's residual functional capacity (RFC), explaining how the evidence supports each assessed limitation. Also, if the RFC assessment conflicts with an opinion from a medical source, the ALJ will explain why the opinion was not adopted. If warranted, the ALJ will obtain supplemental vocational expert evidence. The ALJ will also give further consideration at Step 3 to listing 12.05C and make a finding as to whether the claimant has deficits in adaptive functioning initially manifested during the developmental period.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this

Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405 (g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Signed: June 24, 2015

Richard L. Voorhees
United States District Judge